22841. MOBLEY, superintendent of banks, *v.* ASKEW *et al.,* administrators.

GUERRY, J. This case is controlled by the decision in *Gormley* v. *Askew,* 177 *Ga.* 554 (170 S. E. 674).

*Judgment affirmed.* *Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 18, 1933.

*E. T. Moon, C. N. Davie, J. F. Kemp,* for plaintiff in error.
*Duke Davis, L. L. Meadors, Terrell & Terrell,* contra.